■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MITCHELL, Appellant. [854 NYS2d 895]—Judgment, Supreme Court, New York County (Patricia Nunez, J.), rendered on or about January 23, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Williams and Sweeny, JJ.